Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−23436−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shonda S Burroughs
   116 Howard Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−5685

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/26/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 26, 2018
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23436-JNP
Shonda S Burroughs                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 26, 2018
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db         +Shonda S Burroughs,   116 Howard Street,    Millville, NJ 08332-4335
516285552   Millville Water and Sewer,   12 High St S,    Millville, NJ  08332-4244
516285553   Professional Adjustments Bureau,    4135 Southstream Blvd Ste 400,   Charlotte, NC  28217-4636
516400148   South Jersey Gas,   PO Box 577,    Hammonton, NJ 08037-0577
516285554   Toyora Motor Credit,   Toyota Motor Credit,    4 Gatehall Dr Ste 350,
             Parsippany, NJ  07054-4522
516363814  +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516301190   Village Capital & Investment, LLC,    PLUESE, BECKER & SALTZMAN, LLC,
             20000 Horizon Way, Suite 900,   Mt. Laurel, NJ 08054-4318
516285555   Village Capital and Investment,   1 Corporate Dr Ste 360,   Lake Zurich, IL  60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2018 00:05:21     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2018 00:05:18     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
             Newark, NJ 07102-5235
516285549   E-mail/Text: bankruptcy@pepcoholdings.com Mar 27 2018 00:05:04
             Atlantic City Electric Company,   Mail Stop 84CP42,   5 Collins Dr Ste 2133,
             Carneys Point, NJ  08069-3600
516285550   E-mail/Text: bankruptcy@cunj.org Mar 27 2018 00:05:12     Credit Union of New Jersey,
             1035 Parkway Ave,   Trenton, NJ  08618-2309
516285551  +EDI: AMINFOFP.COM Mar 27 2018 03:33:00     First Premier bank,   601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
516489806   EDI: PRA.COM Mar 27 2018 03:33:00     Portfolio Recovery Associates, LLC,
             C/O capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
516491237  +EDI: JEFFERSONCAP.COM Mar 27 2018 03:33:00     Premier Bankcard, Llc,
             c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516567066   EDI: ECMC.COM Mar 27 2018 03:33:00     US Department of Education,   P O Box 16448,
             Saint Paul MN 55116-0448
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         Village Capital & Investment, LLC,   1 Corporate Dr.,   Suite 360,
             Lake Zurich, IL  60047-8945
516420505*  +Village Capital & Investment, LLC,   1 Corporate Drive,   Suite 360,
             Lake Zurich, IL 60047-8945
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Moshe Rothenberg    on behalf of Debtor Shonda S Burroughs moshe@mosherothenberg.com,
           alyson@mosherothenberg.com
          Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Robert P. Saltzman    on behalf of Creditor    Village Capital & Investment, LLC dnj@pbslaw.org
                                                                                             TOTAL: 6